### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : CHAPTER 13

**Douglas M. Stokes**

DEBTOR : BANKRUPTCY NO. 05-36480 SR

## AMENDED ORDER*

**And Now,** upon consideration of the Debtor's Motion for Return of Unclaimed Funds, and after hearing thereon this day, it is hereby:

**Ordered,** that for the reasons stated in open Court, the Motion be and hereby is Granted; the Clerk of the Bankruptcy Court is hereby authorized and directed to issue a check for the unclaimed funds in the amount of $5,738.09 payable to Douglas M. Stokes, 4216 West Thompson Street, Philadelphia, 19104.

By the Court:

STEPHEN RASLAVICH
United States Bankruptcy Judge

Dated: April 22, 2013

---

* Amended only to correct spelling of debtor's name in caption.

Douglas M. Stokes
4216 W. Thompson Street
Philadelphia, PA 19104

Office of the U.S Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA   19106

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106